BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Rocklin J. Berschneider, II,<br><br>    Plaintiff,<br><br>    v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security, [1]<br><br>    Defendant. | Civ. No. 13-1945 GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |

---

[1] Carolyn W. Colvin became the Acting Commissioner on February 14, 2013, and is substituted for Michael J. Astrue as the defendant in this case in accordance with Fed. R. Civ. P. 25(d).

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until October 10, 2014, to file the responsive brief. This extension is requested because Defendant's counsel has a heavy workload including two pending active EEOC cases, and this case had to be reassigned to new counsel for Defendant, Brenda Pullin.

    Respectfully submitted,

/s/ Jacqueline Anna Forslund *
JACQUELINE ANNA FORSLUND
Plaintiff's Attorney
* by Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

Dated: September 8, 2014    /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

The Court adopts the parties' stipulation set forth above.  Accordingly, Defendant shall file her responsive brief on or before October 10, 2014.  Other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 9, 2014**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2